# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148811

MILDRED FERN CONLEY,
        Plaintiff-Appellant,

v

CHARTER TOWNSHIP OF BROWNSTOWN,
        Defendant-Appellee,

and

EDWARD JOSEPH MOISE,
        Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148811
COA: 310971
Wayne CC: 11-001429-NI

On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Hunter v Sisco* (Docket No. 147335) and *Hannay v Dep't of Treasury* (Docket No. 146763) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

p0721